# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-3328

_____

FRANDIBER SANTANA-BAEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Alachua County.
William E. Davis, Judge.

August 11, 2026

PER CURIAM.

AFFIRMED.

OSTERHAUS, C.J., and LEWIS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jeffrey H. Garland of the Law Office of Jeffrey Garland, P.A., Fort Pierce, and Richard Docobo of the Law Office of Jeffrey Garland, P.A., Miami, for Appellant.

James Uthmeier, Attorney General, and Miranda L. Butson, Assistant Attorney General, Tallahassee, for Appellee.